■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS RODRIGUEZ-FLAMENCO, Also Known as ROBERTO C. VEGA-

RIVERA, Also Known as JUAN CARLOS-RIVERIA, Also Known as LUIS RODRIGUES, Also Known as KALIMBA, Appellant. [979 NYS2d 918]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Orleans County Court, James P. Punch, J.—Murder, 2nd Degree.) Present—Scudder, P.J., Centra, Fahey, Carni and Valentino, JJ.